UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

RONALD LEE CANADA,

        Plaintiff,

    v.

LANCASTER STATE PRISON MENTAL HEALTH CHIEF,

        Defendant.

Case No. 18-cv-01737-JST (PR)

**ORDER OF TRANSFER**

      Ronald Lee Canada, an inmate at the California State Prison, Los Angeles County (CSP-LAC) in Lancaster, California, filed this *pro se* civil rights action under 42 U.S.C. § 1983, complaining about events and omissions occurring at CSP-LAC and at the California Men's Colony (CMC) in San Luis Obispo, California, where he was previously incarcerated. Both CSP-LAC and CMC are within the venue of the Central District of California. See 28 U.S.C. § 84(c). No defendant is alleged to reside in, and none of the events or omissions giving rise to the complaint occurred in, the Northern District. Venue therefore is proper in the Central District, and not in this one. See 28 U.S.C. § 1391(b). Accordingly, in the interests of justice and pursuant to 28 U.S.C. § 1406(a), this action is TRANSFERRED to the United States District Court for the Central District of California. The Clerk shall transfer this matter.

      **IT IS SO ORDERED.**

Dated: April 16, 2018

_____
JON S. TIGAR
United States District Judge